# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK J. FERNANDEZ, | ) | NO. ED CV 11-1491 GAF (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| G. D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 25, 2012.

_/s/ Gary Feess_
GARY A. FEESS
UNITED STATES DISTRICT JUDGE